IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

ROGER J. SCHINDLER, and
LESLIE SCHINDLER, his Wife,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.

_____/

GENERAL JURISDICTION DIVISION

CASE NO. 10-38877 CA 08

THE ORIGINAL FILED
ON JUL 16 2010
IN THE OFFICE OF
CIRCUIT COURT DADE CO
CIVIL DIVISION

## COMPLAINT TO ENFORCE TERMS AND CONDITIONS OF INSURANCE POLICY

The Plaintiffs, ROGER J. SCHINDLER and LESLIE SCHINDLER, his Wife, by and through the undersigned attorney and files this their Complaint to Enforce Terms and Conditions of Insurance Policy against the Defendant, FEDERAL INSURANCE COMPANY, and as grounds therefore allege as follows:

1. That this is an action in excess of fifteen thousand ($15,000) dollars.

2. That Plaintiffs are residents of Miami-Dade County, Florida and are sui juris.

3. That Defendant, FEDERAL INSURANCE COMPANY, is duly authorized to conduct business in the State of Florida.

4. That on or about July 21, 2009, Plaintiffs suffered a fire to their home.

5. That at this time a policy of insurance was in full force and effect issued by the Defendant, FEDERAL INSURANCE COMPANY, policy #001077282001.



EXHIBIT A

6. Plaintiffs and Defendant disagree as to the scope of damages resulting from the fire at the Plaintiffs home. Plaintiffs invoked the appraisal process, and designated Cartaya Insurance Appraisers, Inc., as the Plaintiff's appraiser.

7. Subsequent thereto, the Defendant, FEDERAL INSURANCE COMPANY, designated Peak Claim Services as the appraiser for the Defendant's insurance carrier.

8. Thereafter, there was communication between the respective appraisers as to the selection and designation of a third appraiser, pursuant to the terms and conditions of the above referenced insurance policy, however, to date, Plaintiff and the Defendants, through their respective appraisers, have not been able to agree to the selection and designation of a third appraiser.

9. Plaintiffs respectfully request this Court appoint a third appraiser pursuant to the terms and conditions of the above referenced insurance policy, attached hereto as composite "Exhibit "A".

10. Plaintiffs having been required to retain undersigned counsel and attorneys fees, suit moneys, and Court costs, will be incurred, which, pursuant to Florida Statute 627.428, the Plaintiffs requests that this Court award the appropriate relief.

WHEREFORE, Plaintiffs respectfully requests that this Court enter an order as follows:

1. Designate and appoint a third appraiser;
2. Enter an order determining the Defendant's liability to the Plaintiffs, pursuant to the terms and conditions of the subject insurance policy;

3.  Award reasonable attorney's fees, suit moneys and Court costs;

4.  Award any further relief as the Court deems just and proper.

Respectfully submitted,

SIMON, SCHINDLER & SANDBERG, LLP
Attorneys for Defendant Corporation
2650 Biscayne Boulevard
Miami, Florida 33137
Tel. (305) 576-1300
Fax (305) 576-1331

By: _____
NEAL L. SANDBERG, ESQUIRE
Florida Bar No. 268224

Policy
Terms

## Special Conditions
(continued)

### Appraisals

If you or we fail to agree on the amount of loss, you or we may demand an appraisal of the loss. Each party will select an appraiser within 20 days after receiving written request from the other. The two appraisers will select a third appraiser. If they cannot agree on a third appraiser within 15 days, you or we may request that the selection be made by a judge of a court having jurisdiction. Written agreement signed by any two of the three appraisers shall set the amount of the loss. However, the maximum amount we will pay for a loss is the applicable amount of coverage even if the amount of the loss is determined to be greater by appraisal. Each appraiser will be paid by the party selecting the appraiser. Other expenses of the appraisal and the compensation of the third appraiser shall be shared equally by you and us. We do not waive our rights under this policy by agreeing to an appraisal.

### Mediation

**Vehicle coverage only:**
In any claim filed with us for:
- property damage; or
- loss resulting from bodily injury in an amount of $10,000 or less; or
- loss to a vehicle or any non-owned vehicle;

either party may demand mediation of the claim, prior to taking legal action, by filing a written request with the Department of Financial Services on a form approved by the Department. The request must state:
- why mediation is being requested; and
- the issues in dispute which are to be mediated.

Only one mediation may be requested for each claim, unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

The Department shall randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference, which will be held within 45 days of the request for mediation. The conference may be held by telephone, if feasible.

The mediation shall be conducted as an informal process and formal rules of evidence and procedure need not be observed. Participants must:
- have authority to make a binding decision; and
- mediate in good faith.

Costs of the mediation shall be shared equally by both parties unless the mediator determines that one party has not mediated in good faith.

### Mortgagee or loss payee

If a mortgagee or loss payee is named in this policy, any loss payable will be paid to the mortgagee or loss payee and you, as interests appear. We will not require a dual endorsement from any mortgagee or loss payee for amounts payable under the policy for which such mortgagee or loss payee has no insurable interest. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgagees.


EXHIBIT "A"

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

Home | Contact Us | E-Filing Services | Document Searches | Forms | Help

Previous on List | Next on List | Return To List | | Entity Name Search
Events | No Name History | | Submit

## Detail by Entity Name

### Foreign Profit Corporation
FEDERAL INSURANCE COMPANY

### Filing Information

Document Number  801299
FEI/EIN Number   131963496
Date Filed       05/27/1920
State            IN
Status           ACTIVE
Last Event       AMENDMENT
Event Date Filed 03/03/2009
Event Effective Date NONE

### Principal Address

ONE INDIANA SQUARE, SUITE 1350
211 NORTH PENNSYLVANIA ST.
INDIANAPOLIS IN 46204

Changed 10/09/2008

### Mailing Address

C/O PATRICIA TOMCZYK
15 MOUNTAIN VIEW ROAD
WARREN NJ 07061-1615

Changed 10/16/2007

### Registered Agent Name & Address

CHIEF FINANCIAL OFFICER
P O BOX 6200 (32314-6200)
200 E. GAINES ST
TALLAHASSEE FL 32399-0000 US

Name Changed: 03/17/2003

Address Changed: 03/17/2003

### Officer/Director Detail

**Name & Address**

Title CEOD

DEGNAN, JOHN J
15 MOUNTAIN VIEW RD
WARREN NJ 07059

Title SVPD


EXHIBIT B

KRUMP, PAUL
15 MOUNTAIN VIEW ROAD
WARREN NJ 07059

Title VPS

MACAN, W. ANDREW
15 MOUNTAIN VIEW ROAD
WARREN NJ 07059

Title SVPD

MORRISORN, HAROLD L JR.
15 MOUNTAIN VIEW ROAD
WARREN NJ 07059

Title SVPD

ROBUSTO, DINO E
15 MOUNTAIN VIEW ROAD
WARREN NJ 07059

Title SVPD

SPIRO, RICHARD G
15 MOUNTAIN VIEW ROAD
WARREN NJ 07059

## Annual Reports

**Report Year   Filed Date**
2008           10/09/2008
2009           01/27/2009
2010           01/04/2010

## Document Images

| Document | |
|---|---|
| 01/04/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/03/2009 -- Amendment | View image in PDF format |
| 01/27/2009 -- ANNUAL REPORT | View image in PDF format |
| 10/09/2008 -- REINSTATEMENT | View image in PDF format |
| 10/16/2007 -- REINSTATEMENT | View image in PDF format |
| 02/07/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/14/2005 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/21/2003 -- ANNUAL REPORT | View image in PDF format |
| 03/13/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2001 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2000 -- ANNUAL REPORT | View image in PDF format |
| 03/17/1999 -- ANNUAL REPORT | View image in PDF format |
| 04/16/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/02/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 04/26/1995 -- ANNUAL REPORT | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

| Previous on List | Next on List | Return To List | Entity Name Search |
| --- | --- | --- | --- |
| Events | **No Name History** | | Submit |

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED Jan 04, 2010 Secretary of State**

DOCUMENT# 801299

**Entity Name:** FEDERAL INSURANCE COMPANY

**Current Principal Place of Business:**

ONE INDIANA SQUARE, SUITE 1350
211 NORTH PENNSYLVANIA ST.
INDIANAPOLIS, IN 46204

**New Principal Place of Business:**

**Current Mailing Address:**

C/O PATRICIA TOMCZYK
15 MOUNTAIN VIEW ROAD
WARREN, NJ 070611615

**New Mailing Address:**

FEI Number: 13-1963496    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CHIEF FINANCIAL OFFICER
P O BOX 6200 (32314-6200)
200 E. GAINES ST
TALLAHASSEE, FL 323990000 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
                    Electronic Signature of Registered Agent                                      Date

Election Campaign Financing Trust Fund Contribution ( ).

## OFFICERS AND DIRECTORS:

Title:       CEOD
Name:        DEGNAN, JOHN J
Address:     15 MOUNTAIN VIEW RD
City-St-Zip: WARREN, NJ 07059

Title:       SVPD
Name:        KRUMP, PAUL
Address:     15 MOUNTAIN VIEW ROAD
City-St-Zip: WARREN, NJ 07059

Title:       VPS
Name:        MACAN, W. ANDREW
Address:     15 MOUNTAIN VIEW ROAD
City-St-Zip: WARREN, NJ 07059

Title:       SVPD
Name:        MORRISORN, HAROLD L JR.
Address:     15 MOUNTAIN VIEW ROAD
City-St-Zip: WARREN, NJ 07059

Title:       SVPD
Name:        ROBUSTO, DINO E
Address:     15 MOUNTAIN VIEW ROAD
City-St-Zip: WARREN, NJ 07059

Title:       SVPD
Name:        SPIRO, RICHARD G
Address:     15 MOUNTAIN VIEW ROAD
City-St-Zip: WARREN, NJ 07059

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:  PATRICIA TOMCZYK                                    AS               01/04/2010
              Electronic Signature of Signing Officer or Director                       Date

**801299**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



100144572521

03/04/09--01039--004  **35.00



FILED
09 MAR -3 PM 1:49
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

AMEND
CRC 3/4